■ The People of the State of New York, Respondent, v. Joseph John McCullers, Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered February 23, 1961 after a jury trial, convicting him of second degree burglary, petit larceny and possession of burglar's tools as a felony; sentencing him, as a third felony offender, to serve a term of 15 to 20 years on the burglary count; and suspending sentence on the other two counts. Judgment affirmed (see People v. Friola, 11 N Y 2d 157; People v. Blume, 12 N Y 2d 705). Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ The People of the State of New York ex rel. Herbert Campbell, Appellant, v. Edward M. Fay, as Warden of Green Haven Prison, Respondent. — In a habeas corpus proceeding, the relator appeals from an order of the Supreme Court, Dutchess County, entered October 16, 1961, after a hearing, which dismissed the writ and remanded him to the custody of respondent. Order affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ Joseph J. Shapiro, Plaintiff, v. I. Burack, Inc., Respondent, and Kenneth Brown, Appellant, et al., Defendants.— In an action to foreclose a mortgage on real property, in which the defendant Burack Corporation asserted cross complaints against the defendant Brown for goods sold and delivered to him and thereafter used by him in the improvement of the mortgaged premises, the defendant Brown appeals from an order of the Supreme Court, Westchester County, entered September 29, 1961, which granted the said corporation's motion for summary judgment against him on its cross complaints. Order affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ Jennie Scurti, Respondent, v. Realty Rehabilitators, Inc., Appellant, et al., Defendants.— In an action to foreclose two mortgages upon real property, the defendant Realty Rehabilitators, Inc., appeals from an order of the Supreme Court, Kings County, dated June 29, 1962, which granted plaintiff's motion for summary judgment striking out the answer of said defendant, and for the relief demanded in the complaint. Order affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.